**UNITED STATES of America,**
**Appellee,**

v.

**Howard Eugene LINER, Appellant.**

No. 03–3076.

United States Court of Appeals,
Eighth Circuit.

Submitted May 7, 2004.

Decided May 25, 2004.

Gregory Guy Brooker, Minneapolis, MN, for Plaintiff–Appellee.

Howard Eugene Liner, Elk River, MN, pro se.

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Howard Eugene Liner (Liner), currently incarcerated in federal prison, appeals the district court's[1] amended preliminary injunction freezing his assets. After careful review of the record and applicable law, *see Heartland Acad. Cmty. Church v. Waddle*, 335 F.3d 684, 689–90 (8th Cir. 2003) (standard of review for appeal from preliminary injunction), we conclude that

---

**1.** The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

the district court had statutory authority under 18 U.S.C. § 1345 to issue the injunction which is the subject of this appeal; that the court did not abuse its discretion in issuing the injunction, in light of the evidence offered by the government; and that the scope of the injunction was proper, given Liner's refusal to offer rebuttal evidence as to the source of the frozen assets, and the court's allowance of funds for Liner's living expenses. Liner's remaining arguments provide no basis for reversal.

Accordingly, we affirm. *See* 8th Cir. R. 47B.